THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YANG TOK WITTIG (individually and in her capacities as presumptive co-personal representative of the Estate of Mark Edwin Wittig and co-testamentary trustee under the Will of Mark Edwin Wittig), ANDRE WATTE (in his capacities as presumptive co-personal representative of the Estate of Mark Edwin Wittig and co-testamentary trustee under the Will of Mark Edwin Wittig), BILL CLARK (in his capacities as presumptive co-personal representative of the Estate of Mark Edwin Wittig and co-testamentary trustee under the Will of Mark Edwin Wittig), ESTATE OF MARK EDWIN WITTIG, and I.W., a minor, through her natural guardian, Ana P. Morales,<br><br>　　　　Defendants. | NO. 3:20-cv-05070 JLR<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO EXTEND THE DEADLINES IN THE COURT'S MAY 26, 2020 ORDER SETTING TRIAL AND PRETRIAL DATES |

*[Initials: JLR]*

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES IN THE COURT'S MAY 26, 2020 ORDER SETTING TRIAL AND PRETRIAL DATES - 1

GORDON & POLSCER, L.L.C.
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
(503) 242-2922

1 **PROPOSED ORDER GRANTING PLAINTIFF, THE PRUDENTIAL INSURANCE**
2 **COMPANY OF AMERICA'S MOTION TO EXTEND THE DEADLINES IN THE**
3 **COURT'S MAY 26, 2020 ORDER SETTING TRIAL AND PRETRIAL DATES**

4 The above entitled cause having come before the Court upon the Motion of Plaintiff, The
5 Prudential Insurance Company of America ("Prudential"), to extend the deadlines set forth in the
6 Court's May 26, 2020 Minute Order Setting Trial and Pretrial Dates; and the Court having
7 considered the application:

8 **NOW THEREFORE,** it is on this ___6th___ day of ___October___, 2020;

9 **ORDERED** as follows:

10 1. Prudential's motion is hereby **GRANTED.**

    Trial is continued to April 5, 2021. The Clerk will issue a new
11 2. ~~The deadlines set forth in the Court's May 26, 2020 Minute Order are hereby~~
    scheduling order.
12 ~~extended by ninety (90) days.~~

_____
JAMES L. Robart
U.S. District Court Judge

PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND DEADLINES IN THE
COURT'S MAY 26, 2020 ORDER SETTING
TRIAL AND PRETRIAL DATES - 2

GORDON & POLSCER, L.L.C.
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
(503) 242-2922

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I filed the foregoing **PROPOSED ORDER GRANTING PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO EXTEND THE DEADLINES IN THE COURT'S MAY 26, 2020 ORDER SETTING TRIAL AND PRETRIAL DATES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all represented parties, including the following:

| | |
|---|---|
| C. Scott Kee<br>Rodgers Kee Card & Strophy, P.S.<br>324 West Bay Drive NW, Suite 201<br>Olympia, WA 98502<br><br>E-mail: ScottKee@buddbaylaw.com<br>Telephone: (360) 352-8311<br>Facsimile: (360) 352-8501<br><br>*Attorneys for Defendant Yang Tok Wittig* | Grady Ryan Heins<br>Stuart C. Morgan<br>Ledger Square Law, P.S.<br>701 Market St.<br>Tacoma, WA 98402<br><br>E-mail: grady@ledgersquarelaw.com<br>stu@ledgersquarelaw.com<br>Telephone: (253) 327-1705<br>Facsimile: (253) 327-1700<br><br>*Attorneys for Defendant I.W., a minor through her natural guardian Ana P. Morales* |

DATED this 2nd day of September, 2020.

        *s/ Andrew S. Moses*
        Andrew S. Moses, WSBA No. 49552
        amoses@gordon-polscer.com
        Telephone Number: (503) 242-2922
        *Attorneys for The Prudential Insurance Company of America*