THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | NO. 3:20-cv-05070 JLR |
| Plaintiff, | ) ) ) | ~~PROPOSED~~ ORDER GRANTING PLAINTIFF THE PRUDENTIAL |
| v. | ) ) ) | INSURANCE COMPANY OF AMERICA'S MOTION FOR |
| YANG TOK WITTIG (individually and in her capacities as presumptive co-personal representative of the Estate of Mark Edwin Wittig and co-testamentary trustee under the Will of Mark Edwin Wittig), ANDRE WATTE (in his capacities as presumptive co-personal representative of the Estate of Mark Edwin Wittig and co-testamentary trustee under the Will of Mark Edwin Wittig), BILL CLARK (in his capacities as presumptive co-personal representative of the Estate of Mark Edwin Wittig and co-testamentary trustee under the Will of Mark Edwin Wittig), ESTATE OF MARK EDWIN WITTIG, and I.W., a minor, through her natural guardian, Ana P. Morales, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | APPOINTMENT OF REPRESENTATIVE TO INITIATE PROBATE OF THE ESTATE OF MARK EDWIN WITTIG, FOR DEFAULT JUDGMENT AGAINST DEFENDANTS BILL CLARK AND ANDRE WATTE, AND FOR INTERPLEADER RELIEF |
| Defendants. | ) ) | |

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S
MOTION FOR APPOINTMENT OF
REPRESENTATIVE TO INITIATE PROBATE OF THE
ESTATE OF MARK EDWIN WITTIG, FOR DEFAULT
JUDGMENT AGAINST DEFENDANTS BILL CLARK
AND ANDRE WATTE, AND FOR INTERPLEADER
RELIEF- 1

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
(503) 242-2922

1  ~~PROPOSED~~ ORDER GRANTING PLAINTIFF, THE PRUDENTIAL INSURANCE

2  COMPANY OF AMERICA'S MOTION FOR APPOINTMENT OF REPRESENTATIVE

3  TO INITIATE PROBATE OF THE ESTATE OF MARK EDWIN WITTIG, FOR

4  DEFAULT JUDGMENT AGAINST DEFENDANTS BILL CLARK AND ANDRE

5  WATTE, AND FOR INTERPLEADER RELIEF

6      This matter, having been brought to the Court upon a Motion filed by Plaintiff, The

7  Prudential Insurance Company of America ("Prudential"), for entry of an Order:  (1) appointing

8  a representative to initiate probate proceedings of the Estate of Mark Edwin Wittig ("Estate");

9  (2) entering default judgment against Defendants Bill Clark and Andre Watte; (3) granting

10  interpleader relief with regard to certain life insurance proceeds in the amount of $100,000.00

11  ("Remaining Death Benefit") out of a total Death Benefit of $400,000, due as a consequence of

12  the death of Mark Edwin Wittig, deceased ("Insured"), who was insured under a group life

13  insurance policy bearing group policy number G-32000 (the "Group Policy"), issued by

14  Prudential to the Department of Veterans Affairs of the United States, pursuant to the

15  Servicemembers' Group Life Insurance Statute, 38 U.S.C. § 1965, et seq.; (4) discharging

16  Prudential from any and all liability to the claimants with regard to the Group Policy and/or the

17  Remaining Death Benefit; (5) enjoining Defendants from bringing any action arising out of, or in

18  connection with, Prudential relating to the Policy and/or the Remaining Death Benefit; and (6)

19  dismissing Prudential from this action with prejudice. Prudential having previously deposited the

20  Remaining Death Benefit into the Court's Registry,[1] and the Court having appointed Virginia L.

21  DeCosta as guardian *ad litem* for minor Defendant, I.W., and the Court having considered the

22  application:

23

24

    [1] On August 24, 2020, Prudential deposited $100,439.29, representing the Remaining Death

25  Benefit plus applicable claim interest, into the Court's Registry. (Doc. No. 32.)

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S

26  MOTION FOR APPOINTMENT OF
REPRESENTATIVE TO INITIATE PROBATE OF THE
ESTATE OF MARK EDWIN WITTIG, FOR DEFAULT
JUDGMENT AGAINST DEFENDANTS BILL CLARK
AND ANDRE WATTE, AND FOR INTERPLEADER
RELIEF- 2

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
(503) 242-2922

**IT IS ORDERED** that**:**

1.     Prudential's Motion for Appointment of a Personal Representative for the Estate of Mark Edwin Wittig is hereby **GRANTED.**

2.     The Court hereby appoints <u>Michael B. Smith of Comfort Davies & Smith P.C.</u> as a representative for the Estate of Mark Edwin Wittig (the "Estate") who is hereby directed to initiate probate proceedings to open the Estate. <u>Personal Representative Smith shall be compensated from the Estate.</u>

3.     Prudential's Motion for Default Judgment against Defendants, Bill Clark and Andre Watte, is hereby **GRANTED.**

4.     Prudential's Motion for Interpleader Relief is hereby **GRANTED.** Prudential shall be, and hereby is, discharged from any and all liability to Defendants, Yang Tok Wittig ("Mrs. Wittig"), Andre Watte ("Watte"), Bill Clark ("Clark"), the Estate of Mark Edwin Wittig (the "Estate"), and I.W., a minor, relating to the Group Policy and/or the Remaining Death Benefit payable thereunder, and Mrs. Wittig, Watte, Clark, the Estate, and I.W. are permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum against Prudential, arising out of or relating to the Group Policy and/or the Remaining Death Benefit.

5.     All claims, rights, interests, and actions that Mrs. Wittig, Watte, Clark, the Estate, and I.W. might otherwise have held against Prudential and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, with respect to the Group Policy and/or the Remaining Death Benefit are hereby released.

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
(503) 242-2922

6.      All claims against Prudential are hereby dismissed with prejudice, and Prudential is hereby dismissed with prejudice from this litigation.

7.      This Court retains jurisdiction over Mrs. Wittig, the Estate, and I.W. who are compelled to litigate, adjust, and/or settle among each other their respective and lawful entitlement to the money paid into the Court's registry by Prudential, or upon their failure to do so, this Court shall settle and adjust the claims and determine to whom the within total funds shall be paid.

8.      Counsel for Prudential shall serve a copy of the within Order upon all parties within seven (7) days of its receipt.

DATED this 11th day of December, 2020

_____

THE HONORABLE JAMES L. ROBART
United States District Court Judge

PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR APPOINTMENT OF
REPRESENTATIVE TO INITIATE PROBATE OF THE
ESTATE OF MARK EDWIN WITTIG, FOR DEFAULT
JUDGMENT AGAINST DEFENDANTS BILL CLARK
AND ANDRE WATTE, AND FOR INTERPLEADER
RELIEF- 4

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
(503) 242-2922