UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | CASE NO. C20-5070JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| YANG TOK WITTIG, et al., | |
| Defendants. | |

On December 11, 2020, the court entered the parties' agreed order granting

Plaintiff Prudential Insurance Company of America's motion to appoint a personal

representative for Defendant the Estate of Mark Edwin Wittig ("the Estate"); to direct the

personal representative to initiate probate proceedings to open the Estate; for default

judgment against Defendants Bill Clark and Andre Watte; for interpleader relief; and for

dismissal as Plaintiff-in-interpleader.  (12/11/20 Order (Dkt. # 43).)  Pursuant to that

order, the court retained jurisdiction over the dispute between the remaining Defendants,

ORDER - 1

1   Yang Tok Wittig, the Estate, and I.W.  (*See id.* ¶ 7.)  The order did not, however, stay this

2   action pending the resolution of the probate proceedings.  (*See generally id.*)

3       The court notes that the trial of this matter is currently set for April 5, 2021, and

4   that pre-trial deadlines are fast approaching.  (*See* Sched. Order (Dkt. # 38).)  Therefore,

5   the court ORDERS the remaining Defendants to SHOW CAUSE by no later than March

6   1, 2021, why this matter should not be stayed pending the resolution of the probate

7   proceedings.

8       Dated this 22nd day of February, 2021.

9

10  _____

11  JAMES L. ROBART
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2