UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>       Plaintiff,<br> v.<br><br>YANG TOK WITTIG, et al.,<br><br>       Defendants. | CASE NO. C20-5070JLR<br><br>ORDER STAYING CASE |

On February 22, 2021, the court ordered Defendants Yang Tok Wittig, the Estate of Mark Edwin Wittig ("the Estate"), and I.W. to show cause by no later than March 1, 2021, why this action should not be stayed pending the completion of probate proceedings in Washington state court. (OSC (Dkt. # 44).) I.W., through her guardian Ana P. Morales, agrees that this matter should be stayed. (I.W. Resp. (Dkt. # 45).) No other Defendant has responded to the order to show cause. (*See generally* Dkt.)

ORDER - 1

1    Accordingly, this matter is STAYED pending the outcome of the probate
2 proceedings and until further order of the court. The court VACATES the parties' April
3 5, 2021 trial date and all remaining pre-trial deadlines. (*See* Sched. Ord. (Dkt. # 38).)
4 The court ORDERS Ms. Wittig, the Estate, and I.W. to submit a joint status report
5 regarding the progress of the probate proceedings on June 1, 2021, and every 90 days
6 thereafter until those proceedings are resolved.
7    Dated this 2nd day of March, 2021.

JAMES L. ROBART
United States District Judge