UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>YANG TOK WITTIG, et al.,<br><br>　　　　　Defendants. | CASE NO. C20-5070JLR<br><br>ORDER |

Before the court is the motion for an order paying funds held in the registry of the court to the personal representative of the probate estate of Mark Edwin Wittig (the "Estate"), filed by the court-appointed personal representative in this interpleader case. (Mot. (Dkt. # 47).) Because the proposed order does not meet the requirements of Local Civil Rule 67(b), the court DENIES the motion without prejudice. *See* Local Rules W.D. Wash. LCR 67(b). Local Civil Rule 67(b) provides:

> All motions for disbursement of registry funds shall specify the principal sum initially deposited, the amount(s) of principal funds to be disbursed and to

ORDER - 1

whom the disbursement is to be made.  Each proposed order shall contain the following language:  ". . . the clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $ plus all accrued interest, minus any statutory users fees, payable to (name of payee) and mail or deliver the check(s) to (name of payee)."  If more than one check is to be issued pursuant to a single order, the portion of principal and interest due each payee must be separately stated.

The court requires the mailing address(es), email address(es), Social Security number(s) or Tax ID(s) of the disbursement recipients be provided to the Clerk and shall not be filed in the record.

*Id.*  The personal representative is DIRECTED to review Local Civil Rule 67(b) and to re-file his motion with a proposed order that conforms to that rule by no later than April 16, 2021.

Dated this 9th day of April, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2