UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>YANG TOK WITTIG, et al.,<br><br>              Defendants. | CASE NO. C20-5070JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the final joint status report filed by Defendants Yang Tok Wittig, the Estate of Mark Edwin Wittig ("the Estate"), and I.W., a minor child. (12/22/22 JSR (Dkt. # 61).) On December 11, 2020, the court entered the parties' agreed order granting Plaintiff-in-interpleader Prudential Insurance Company of America's motion to appoint a personal representative for the Estate; to direct the personal

MINUTE ORDER - 1

representative to initiate probate proceedings to open the Estate; for default judgment against Defendants Bill Clark and Andre Watte; for interpleader relief; and for dismissal as Plaintiff-in-interpleader.  (12/11/20 Order (Dkt. # 43).)  Pursuant to that order, the court retained jurisdiction over the dispute among Yang Tok Wittig, the Estate, and I.W.  (*See id.* ¶ 7.)

On March 2, 2021, the court stayed this matter pending the outcome of the probate proceedings and directed the remaining parties to submit a joint status report regarding the progress of the probate proceedings every 90 days until those proceedings were resolved.  (3/2/21 Order (Dkt. # 46).)  The remaining parties now represent that the probate proceedings in Pierce County Superior Court have been closed with the filing of a declaration of completion on December 20, 2022, and that the administration of the Estate and the funding of a trust on behalf of the minor child, Defendant I.W., are now complete.  (12/22/22 JSR at 2.)

Based on the remaining parties' joint status report, the court concludes that there are no issues left for decision in this matter.  Accordingly, the court ORDERS the remaining parties to show cause by no later than **January 6, 2023** why the court should

not close this case.  If the remaining parties do not respond by the January 6, 2023 deadline, the court will close this case.

Filed and entered this 23rd day of December, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3