UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>YANG TOK WITTIG, et al.,<br><br>                Defendants. | CASE NO. C20-5070JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On December 22, 2022, Defendants Yang Tok Wittig, the Estate of Mark Edwin Wittig ("the Estate"), and I.W., a minor child (collectively, Defendants), filed their final joint status report regarding the status of probate proceedings for the Estate in Pierce County Superior Court. (12/22/22 JSR (Dkt. # 61).) Defendants represented that the proceedings had been closed with the filing of a declaration of completion on December

MINUTE ORDER - 1

20, 2022, and that the administration of the Estate and the funding of a trust on behalf of I.W. are now complete. (*Id.* at 2.)

Based on Defendants' joint status report, the court ordered Defendants to show cause by no later than January 6, 2023, why the court should not now close this case. (12/23/22 OSC (Dkt. # 62)).) The court informed Defendants that if they did not respond to the order to show cause, the court would close this case. (*Id.*) The January 6, 2023 deadline has now passed, and no party has responded to the order to show cause. (*See generally* Dkt.) Accordingly, the court DIRECTS the Clerk to close this matter.

Filed and entered this 9th day of January, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2